Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefan Papas
   9 Marc Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/23/19 at 10:00 AM

to consider and act upon the following:

33 − Motion for Relief from Stay re: 9 Marc Road, Wayne, New Jersey. Fee Amount $ 181., in addition to Motion for Relief from Co−Debtor Stay of Irene Papas Filed by Elizabeth K. Holdren on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Hearing scheduled for 8/14/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibits A−D # 3 Exhibit E # 4 Order # 5 Certificate of Service) (Holdren, Elizabeth)

Dated: 10/4/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court