| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | Order Filed on October 10, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>**STEFAN PAPAS**<br><br><br>Debtor(s). | Case No.: 19-15356-SLM<br><br>Chapter: 13<br><br>Hearing Date: ~~August 14, 2019~~  10/23/2019<br><br>Judge Stacey L. Meisel, U.S.B.J. |

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 10, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page | 2
Debtor: Stefan Papas
Case No: 19-15356
Caption: Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing (Secured Creditor) |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Elizabeth K. Holdren Esq. |
| Property Involved ("Collateral"): | 9 Marc Road, Wayne, NJ |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 4 months, from May 2019 to August 2019

    - The Debtor is overdue for 4 payments at $3,269.78 per month.

    - Less Funds held in debtor(s) suspense $1,779.76.

    Total Arrearages Due **$11,299.36**

2. Debtor must cure all post-petition arrearages, as follows:

    - Debtor will make the first stipulation payment by **August 31, 2019** in the amount of **$5,000.00.**

    - Debtor will make the second stipulation payment by **September 30, 2019** in the amount of **$6,299.36.**

    - Debtor shall resume post-petition regular monthly payments beginning **September 1, 2019** and continue such payments on a timely basis each month thereafter.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ✓ Regular monthly payment:   Shellpoint Mortgage Servicing
                                    55 Beattie Place, Suite 110
                                    Greenville, SC 29601

Case 19-15356-SLM    Doc 44    Filed 10/10/19    Entered 10/11/19 10:29:31    Desc Main
Document    Page 3 of 3

**Page | 3**
Debtor: Stefan Papas
Case No: 19-15356
Caption: Order Resolving Motion to Vacate Stay

4. In the event of Default:

    If the Debtor fails to make the first stipulation payment or the second stipulation payment on the date each payment is due (with no grace period) or fails to make any other payment set forth above within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.