| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | <br><br>Order Filed on October 10, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>**STEFAN PAPAS**<br><br>Debtor(s). | Case No.: 19-15356-SLM<br><br>Chapter: 13<br><br>            10/23/2019<br>Hearing Date: ~~August 14, 2019~~<br><br>Judge Stacey L. Meisel, U.S.B.J. |

## ORDER RESOLVING MOTION TO VACATE STAY

    The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 10, 2019**

                                                */s/ Stacey L. Meisel*
                                       Honorable Stacey L. Meisel
                                       United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing (Secured Creditor) |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Elizabeth K. Holdren Esq. |
| Property Involved ("Collateral"): | 9 Marc Road, Wayne, NJ |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 4 months, from May 2019 to August 2019

    - The Debtor is overdue for 4 payments at $3,269.78 per month.

    - Less Funds held in debtor(s) suspense $1,779.76.

    Total Arrearages Due **$11,299.36**

2. Debtor must cure all post-petition arrearages, as follows:

    - Debtor will make the first stipulation payment by **August 31, 2019** in the amount of **$5,000.00.**

    - Debtor will make the second stipulation payment by **September 30, 2019** in the amount of **$6,299.36.**

    - Debtor shall resume post-petition regular monthly payments beginning **September 1, 2019** and continue such payments on a timely basis each month thereafter.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Regular monthly payment:   Shellpoint Mortgage Servicing
    55 Beattie Place, Suite 110
    Greenville, SC 29601

4. In the event of Default:

    If the Debtor fails to make the first stipulation payment or the second stipulation payment on the date each payment is due (with no grace period) or fails to make any other payment set forth above within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                            Case No. 19-15356-SLM
Stefan Papas                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1       Date Rcvd: Oct 11, 2019
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Stefan Papas,    9 Marc Road,    Wayne, NJ 07470-3450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MEB Loan Trust III dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor    MEB Loan Trust III kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Roman Akopian    on behalf of Debtor Stefan Papas romanakopian.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6