Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−15356−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stefan Papas
    9 Marc Road
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−5809

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/19 at 10:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Richard James Tracy III on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 11/7/2019. (Attachments: # 1 Exhibit A # 2 Order # 3 Certificate of Service) (Tracy, Richard)

*47* − Objection to RewRez LLC's Certification of Default (related document:46 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Richard James Tracy III on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 11/7/2019. (Attachments: # 1 Exhibit A # 2 Order # 3 Certificate of Service) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Roman Akopian on behalf of Stefan Papas. (Attachments: # 1 Certificate of Service) (Akopian, Roman)

Dated: 11/14/19

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court