Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−15356−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stefan Papas
    9 Marc Road
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−5809

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/13/20 at 10:00 AM

to consider and act upon the following:

**56** − Motion for Relief from Stay re: 9 Marc Rd., Wayne, Passaic, New Jersey 07470. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Spiros Papas Filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for MEB Loan Trust III. Hearing scheduled for 4/22/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Stewart, Gavin)

Dated: 4/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court