Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−15356−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefan Papas
   9 Marc Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/13/20 at 10:00 AM

to consider and act upon the following:

**56** − Motion for Relief from Stay re: 9 Marc Rd., Wayne, Passaic, New Jersey 07470. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Spiros Papas Filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for MEB Loan Trust III. Hearing scheduled for 4/22/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Stewart, Gavin)

Dated: 4/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Stefan Papas  
    Debtor

Case No. 19-15356-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 22, 2020  
                Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
```
db          +Stefan Papas,   9 Marc Road,   Wayne, NJ 07470-3450
cr          +ALDRIDGE PITE, LLP,   Attn: Jenelle C. Arnold,   4375 Jutland Drive, Suite 200,
              P.O. Box 17933,   San Diego, CA 92177-7921
cr          +Specialized Loan Servicing LLC as servicing agent,   P.O. Box 340514,   Tampa, FL 33694-0514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MEB Loan Trust III dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               MEB Loan Trust III bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MEB Loan Trust III kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Roman  Akopian    on behalf of Debtor Stefan  Papas romanakopian.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```