Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefan Papas
   9 Marc Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/10/20 at 10:00 AM

to consider and act upon the following:

**46** − Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Richard James Tracy III on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 11/7/2019. (Attachments: # 1 Exhibit A # 2 Order # 3 Certificate of Service) (Tracy, Richard)

**48** − Notice of Hearing for: Debtor's Opposition to Creditor's Certification of Default. (related document:46 Creditor's Certification of Default filed by Richard James Tracy III on behalf of Creditor NewRez LLC, 47 Objection filed by Roman Akopian on behalf of Debtor Stefan Papas). The following parties were served: Debtor, Debtor's Attorney, Richard Tracy (NewRez), Trustee, and US Trustee. Hearing scheduled for 12/11/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 5/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court