Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stefan Papas
9 Marc Road
Wayne, NJ 07470

Social Security No.:
xxx−xx−5809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/10/20 at 10:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Richard James Tracy III on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 11/7/2019. (Attachments: # 1 Exhibit A # 2 Order # 3 Certificate of Service) (Tracy, Richard)

*48* − Notice of Hearing for: Debtor's Opposition to Creditor's Certification of Default. (related document:46 Creditor's Certification of Default filed by Richard James Tracy III on behalf of Creditor NewRez LLC, 47 Objection filed by Roman Akopian on behalf of Debtor Stefan Papas). The following parties were served: Debtor, Debtor's Attorney, Richard Tracy (NewRez), Trustee, and US Trustee. Hearing scheduled for 12/11/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 5/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15356-SLM
Stefan Papas                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: May 15, 2020
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db          +Stefan Papas,   9 Marc Road,   Wayne, NJ 07470-3450
cr          +ALDRIDGE PITE, LLP,   Attn: Jenelle C. Arnold,   4375 Jutland Drive, Suite 200,
              P.O. Box 17933,   San Diego, CA 92177-7921
cr          +Specialized Loan Servicing LLC as servicing agent,   P.O. Box 340514,   Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MEB Loan Trust III dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               MEB Loan Trust III bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MEB Loan Trust III kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Roman  Akopian    on behalf of Debtor Stefan  Papas romanakopian.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8