**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STEFAN PAPAS

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-15356 SLM**

**Hearing Date:  6/10/2020**

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): STEFAN PAPAS

Case No.:  19-15356

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 06/10/2020 on notice to ROMAN AKOPIAN, and

to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan by 6/17/2020 to extend deadline to retain a realtor

  and sale deadline ; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;

  and it is further

- ORDERED, that the Debtor(s) must become current by 6/17/2020 or the case will be dismissed at

  6/24/2020 hearing; and it is further

- ORDERED, that the Motion will be adjourned to 6/24/2020 at 10:00 a.m.