**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
Richard J. Tracy, III
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: rtracy@HillWallack.com
*Attorneys for* NewRez, LLC d/b/a Shellpoint Mortgage Servicing

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stefan Papas

Debtor(s)

Case No.: 19-15356-SLM

Chapter: 13

Hearing Date:

Judge: Stacey L. Meisel, U.S.B.J.

Recommended Local Form     ☐ Followed     ☒ Modified

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: June 10, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): Stefan Papas
Case No.: 19-15356-SLM
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of NewRez, LLC d/b/a Shellpoint Mortgage Servicing**,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

> Real property more fully described as: 9 Marc Road, Wayne, New Jersey, also known as Block 1815, Lot 19 as shown on the Tax Map of the City of Wayne, Passaic County, New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property. The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**It is further ORDERED** that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

The movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.