| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    STEFAN PAPAS |

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-15356 SLM

Hearing Date:  6/10/2020

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): STEFAN PAPAS

Case No.: 19-15356

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 06/10/2020 on notice to ROMAN AKOPIAN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan by 6/17/2020 to extend deadline to retain a realtor and sale deadline ; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must become current by 6/17/2020 or the case will be dismissed at 6/24/2020 hearing; and it is further

- ORDERED, that the Motion will be adjourned to 6/24/2020 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Stefan Papas  
    Debtor

Case No. 19-15356-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 10, 2020  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db    +Stefan Papas,   9 Marc Road,   Wayne, NJ 07470-3450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

    Denise E. Carlon   on behalf of Creditor   MEB Loan Trust III dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Elizabeth K. Holdren   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
    Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent for MEB Loan Trust III bk@stewartlegalgroup.com  
    Kevin Gordon McDonald   on behalf of Creditor   MEB Loan Trust III kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Richard James Tracy, III   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
    Roman Akopian   on behalf of Debtor Stefan Papas romanakopian.law@gmail.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8