Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefan Papas
   9 Marc Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5809

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 19, 2019.

On 6/17/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:           July 22, 2020
Time:           08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 18, 2020
JAN: rh

                                                    Jeanne Naughton
                                                    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 19-15356-SLM
Stefan Papas                                                   Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Jun 18, 2020
                              Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Stefan Papas,    9 Marc Road,    Wayne, NJ 07470-3450
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
cr             +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,   Tampa, FL 33694-0514
518123133      +American Express,   PO Box 981537,    El Paso, TX 79998-1537
518200030       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518151862      +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,   Andover, MA 01810-0943
518123134      +Bank of America Na,    4909 Savarese Circle Fl1,   Tampa, FL 33634-2413
518269065      +Bank of America, N.A.,    P.O. Box 31785,   Tampa, FL 33631-3785
518182604      +Bank of America, N.A.,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,   San Diego, CA 92177-7921
518268988      +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
518123135      +Exxnmobil/Citibank Cbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
518123138      +John Duffy Energy Services,    PO Box 5610,   Newark, NJ 07105-0610
518123136       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Dallas, TX 75063
518267807       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville, SC 29603-0826
518123143      +Office of the Passaic County Sheriff,    Legal Correspondence Unit,   435 Hamburg Turnpike,
                 Wayne, NJ 07470-2067
518123140      +Shapiro & Denardo LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
518123137      +Shellpoint,   55 Beattie Pl, Suite 500,    Greenville, SC 29601-5116
518374909      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518374910      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518123139      #+Spiros Papas,   24 Van Nostrand Ave,    Englewood Cliffs, NJ 07632-2416
518123142      +Zwicker & Associates, PC,    1105 Laurel Oak Rd, Suite 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518123141      +E-mail/Text: dkretschmer@bchaselaw.com Jun 19 2020 00:07:29     Bart A. Chase, Esq.,
                 450 Springfield Ave,    Summit, NJ 07901-2611
518139052      +E-mail/Text: dkretschmer@bchaselaw.com Jun 19 2020 00:07:29     John Duffy Energy Services,
                 c/o Bart A. Chase, Esq.,   PO Box 871,    Summit, NJ 07902-0871
518711003       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 00:16:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518711004       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 00:16:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                  User: admin                     Page 2 of 2                  Date Rcvd: Jun 18, 2020
                                      Form ID: 185                    Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MEB Loan Trust III dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               MEB Loan Trust III bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MEB Loan Trust III kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Roman  Akopian    on behalf of Debtor Stefan  Papas romanakopian.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```