Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stefan Papas
  9 Marc Road
  Wayne, NJ 07470

Social Security No.:
  xxx−xx−5809

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/20.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 22, 2020
JAN: ntp

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-15356-SLM
Stefan Papas                                                        Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 22, 2020
                              Form ID: 148                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             +Stefan Papas,    9 Marc Road,    Wayne, NJ 07470-3450
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,    Tampa, FL 33694-0514
518151862      +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518182604      +Bank of America, N.A.,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518123135      +Exxnmobil/Citibank Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518123138      +John Duffy Energy Services,    PO Box 5610,    Newark, NJ 07105-0610
518123136       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Dallas, TX 75063
518267807       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518123143      +Office of the Passaic County Sheriff,    Legal Correspondence Unit,    435 Hamburg Turnpike,
                 Wayne, NJ 07470-2067
518123140      +Shapiro & Denardo LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
518123137      +Shellpoint,    55 Beattie Pl, Suite 500,    Greenville, SC 29601-5116
518374909      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518374910      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518123139     #+Spiros Papas,    24 Van Nostrand Ave,    Englewood Cliffs, NJ 07632-2416
518123142      +Zwicker & Associates, PC,    1105 Laurel Oak Rd, Suite 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518123133      +EDI: AMEREXPR.COM Jul 23 2020 03:38:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
518200030       EDI: BECKLEE.COM Jul 23 2020 03:38:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518123134      +EDI: BANKAMER.COM Jul 23 2020 03:38:00      Bank of America Na,    4909 Savarese Circle Fl1,
                 Tampa, FL 33634-2413
518269065      +EDI: BANKAMER.COM Jul 23 2020 03:38:00      Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
518123141      +E-mail/Text: dkretschmer@bchaselaw.com Jul 23 2020 00:27:16      Bart A. Chase, Esq.,
                 450 Springfield Ave,    Summit, NJ 07901-2611
518268988      +EDI: CITICORP.COM Jul 23 2020 03:38:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518139052      +E-mail/Text: dkretschmer@bchaselaw.com Jul 23 2020 00:27:16      John Duffy Energy Services,
                 c/o Bart A. Chase, Esq.,    PO Box 871,    Summit, NJ 07902-0871
518711003       EDI: PRA.COM Jul 23 2020 03:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518711004       EDI: PRA.COM Jul 23 2020 03:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 22, 2020
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage
               Servicing apattison@hillwallack.com,  hwbknj@hillwallack.com
              Denise E. Carlon    on behalf of Creditor   MEB Loan Trust III dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com
              Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent for
               MEB Loan Trust III bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   MEB Loan Trust III kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Roman Akopian    on behalf of Debtor Stefan  Papas romanakopian.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```